Certificate Number: 20102-PAW-DE-040586512

Bankruptcy Case Number: 26-20109



20102-PAW-DE-040586512

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 5, 2026, at 8:07 o'clock AM EST, Jordan Holman completed a course on personal financial management given by internet by 1stopbk.com Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   February 5, 2026           By:    /s/Marcy Walter

                                   Name:  Marcy Walter

                                   Title: President-Manager